```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43232
    BETH ANNE ALDEN ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5821

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/22/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.36% from remaining funds.

     The case was paid in full 12/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED OTH    9524.42             .00         6129.82
NET BANK                  CURRENT MORTG       .00              .00             .00
PNC BANK                  CURRENT MORTG       .00              .00             .00
AMERICAN EEXPRESS         UNSECURED       NOT FILED            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED        1885.19             .00         1213.25
LVNV FUNDING LLC          UNSECURED        5135.39             .00         3304.98
ECAST SETTLEMENT CORP     UNSECURED        9892.84             .00         6366.74
SHERMAN ACQUISITION       UNSECURED        5612.82             .00         3612.24
SHERMAN ACQUISITION       UNSECURED OTH    3872.33             .00         2492.15
ECAST SETTLEMENT CORP     UNSECURED         995.49             .00          640.67
ECAST SETTLEMENT CORP     UNSECURED        9844.85             .00         6335.85
TOYOTA MOTOR CREDIT       SECURED             .00              .00             .00
WASHINGTON MUTUAL         CURRENT MORTG       .00              .00             .00
WASHINGTON MUTUAL         SECURED NOT I    144.46              .00             .00
GMAC MORTGAGE             SECURED NOT I       .00              .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                         1,904.30
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  34,200.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      30,095.70
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                            1,904.30
DEBTOR REFUND                                        .00
                         ---------------    ---------------
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 43232 BETH ANNE ALDEN ANDERSON

```
TOTALS                              34,200.00            34,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```